# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

                Plaintiff,

v.

Jordan Brandon Jones (7),

                Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: DOUGLAS L. MICKO
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 25-cr-459 (MJD/DTS) |
| Date: | January 12, 2026 |
| Courthouse: | St. Paul |
| Courtroom: | 6B |
| Time Commenced: | 1:58 p.m. |
| Time Concluded: | 1:59 p.m. |
| Time in Court: | 1 minute |

APPEARANCES:

  Plaintiff: Jeanne Semivan, Assistant U.S. Attorney
  Defendant: Kate Adams
               X FPD

**Indictment Dated:**  December 2, 2025

    X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

_____ *s/nah*
Signature of Courtroom Deputy